IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Jerrod Harris, | * |
| Plaintiff, | * |
| v. | * Case No. JFM-08-1730 |
| Accudata Holdings, Inc. d/b/a Accudata America, | * |
| Defendant. | * |

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff hereby dismisses this action against Defendant Accudata Holdings, Inc. d/b/a Accudata America with prejudice with all parties to bear their own costs and expenses.

Respectfully submitted,

Jerrod Harris, by his attorneys,

\_/s/_____
Scott C. Borison
Bar No. 22576
Janet Legg, Esq.
Bar No. 15552
Legg Law Firm, LLC.
5500 Buckeystown Pike
Frederick MD 21703
Borison@legglaw.com
(301) 620-1016
(301) 620-1018 fax
Attorney for Plaintiff

\_/s/_____
Jane Santoni
Federal Bar No. 05303
Williams & Santoni, L.L.P.

401 Washington Ave, Suite 200  
Towson, Maryland 21204  
410-938-8666

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing was served on the Defendants' counsel through the Court's electronic case filing system on the date it was filed with the Court electronically.

                                                            _/s/_____  
                                                            Scott C. Borison